975 A.2d 1082

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Lisa M. HACKER, Respondent.**

Supreme Court of Pennsylvania.

July 15, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of July, 2009, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether, in order to prove the requisite intent for solicitation to commit rape of a child under 13 under 18 Pa.C.S. § 3121(c), the Commonwealth is required to prove the solicitor had knowledge of the victim's age when the solicitor clearly had the specific intent to promote or facilitate acts which constituted a strict liability crime.